IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLESTON NELSON, II**                                                              **PLAINTIFF**

V.                                    No. 4:21-CV-01192-LPR-JJV

**KILOLO KIJAKAZI, Acting
Commissioner, Social Security
Administration**                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED, and judgment is entered in favor of the Commissioner.

DATED this 2nd day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE